**United States District Court**
**Eastern District of Michigan**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JANICE M. WINFREY, in her official capacity as Detroit City Clerk, and GEORGE AZZOUZ, in his official capacity as Director of Elections for the City of Detroit,**<br><br>*Defendants*. | Civ. No. 19-_____ |

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| A | NVRA Notice Letter |
| B | July 8, 2019 Letter |
| C | July 2019 Email Chain |
| D | September 13, 2019 Letter |
| E | List of Registered Voters Who Are Likely Deceased |
| F | Picture of Grave Marker |
| G | List of Registered Voters Who Are Likely Duplicates |
| H | October and November 2019 Email Chain |
| I | November 22, 2019 Letter |