# Exhibit C

## RE: Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records

**George Azzouz** <azzouzg@detroitmi.gov>
Mon 7/29/2019 12:23
**To:** Logan Churchwell <lchurchwell@PublicInterestLegal.org>

Good afternoon Mr. Churchwell,

Please note that we will be available to meet with you and your colleagues at **11:00 am** on the scheduled date.

Thank you.

---

**From:** Logan Churchwell [mailto:lchurchwell@PublicInterestLegal.org]
**Sent:** Monday, July 29, 2019 11:01 AM
**To:** George Azzouz <azzouzg@detroitmi.gov>
**Subject:** Re: Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records

Open of business

---

**From:** George Azzouz <azzouzg@detroitmi.gov>
**Sent:** Monday, July 29, 2019 10:59:23 AM
**To:** Logan Churchwell <lchurchwell@PublicInterestLegal.org>
**Subject:** RE: Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records

It is, what time should we expect you

---

**From:** Logan Churchwell [mailto:lchurchwell@PublicInterestLegal.org]
**Sent:** Monday, July 29, 2019 10:27 AM
**To:** George Azzouz
**Cc:** Noel Johnson; Kaylan Phillips
**Subject:** Re: Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records

Mr. Azzouz- Thank you, data received. I'm copying my colleagues Kaylan Phillips and Noel Johnson to this email. They will be on point for the visit tomorrow morning. Wanting to verify: is the meeting address at 2978 W. Grand Blvd.?
Thanks

---

**From:** George Azzouz <azzouzg@detroitmi.gov>
**Sent:** Wednesday, July 10, 2019 15:29
**To:** Logan Churchwell <lchurchwell@PublicInterestLegal.org>
**Subject:** RE: Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records

Good afternoon Mr. Churchwell,

Per our email, the flash drive with the requested information was mailed to you today, via certified mail.

**George Azzouz, Director**
**Detroit Department of Elections**
**2978 W. Grand Blvd**
**Detroit, MI  48202**
**(313) 876-0222**
**azzouzg@detroitmi.gov**

---

**From:** Logan Churchwell [mailto:lchurchwell@PublicInterestLegal.org]
**Sent:** Tuesday, July 09, 2019 4:55 PM
**To:** George Azzouz <azzouzg@detroitmi.gov>
**Cc:** Janice Winfrey <winfreyj@detroitmi.gov>; Gina Avery-Walker <averyg@detroitmi.gov>
**Subject:** Re: Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records


Mr. Azzouz- glad to hear from you. Please send records to:

ATTN: Noel Johnson
PILF
32 East Washington Street
Suite 1675
Indianapolis, IN 46204-3594

---

**From:** George Azzouz <azzouzg@detroitmi.gov>
**Sent:** Tuesday, July 9, 2019 16:32
**To:** Logan Churchwell
**Cc:** Janice Winfrey; Gina Avery-Walker
**Subject:** Notice of Violation - NVRA/ Notice of Violation - Michigan Law/ NVRA Request for Records

Good afternoon Mr. Churchwell,

I'm responding to the communication sent to Detroit City Clerk Janice M. Winfrey on July 9, 2019  regarding our voting records.

I apologize for the delayed response.  We have been gathering data for your review since we received your request.  Please send me your address so that we can provide you with a flash drive that contains the information you requested.   We look forward to seeing you and discussing the information on July 30, 2019.

Thank you.


**George Azzouz, Director**
**Detroit Department of Elections**
**2978 W. Grand Blvd**
**Detroit, MI  48202**
**(313) 876-0222**

**azzouzg@detroitmi.gov**