# Exhibit F



**Added by:** Zelda on 4 Dec 2016