# Exhibit H

**Kaylan Phillips**

| | |
|---|---|
| **From:** | Kaylan Phillips |
| **Sent:** | Monday, November 11, 2019 12:07 PM |
| **To:** | 'Gina Avery-Walker'; Janice Winfrey; George Azzouz |
| **Cc:** | Noel Johnson |
| **Subject:** | RE: Follow-up regarding Detroit's voter roll list maintenance |

Ms. Avery-Walker,

I did not hear back from you last week to confirm a time for our visit this Friday, November 15, 2019.  As I mentioned, we prefer a morning start time.

Thank you,

Kaylan Phillips

**From:** Gina Avery-Walker <averyg@detroitmi.gov>
**Sent:** Tuesday, November 5, 2019 9:12 AM
**To:** Kaylan Phillips <kphillips@PublicInterestLegal.org>; Janice Winfrey <winfreyj@detroitmi.gov>; George Azzouz <azzouzg@detroitmi.gov>
**Cc:** Noel Johnson <njohnson@PublicInterestLegal.org>
**Subject:** RE: Follow-up regarding Detroit's voter roll list maintenance

Good Morning,

I will check my colleagues schedule to see whose available and will get back with you before the end of the week to confirm.

Thanks

Gina Avery-Walker, BBA CERA
Deputy Director of Elections
2978 W. Grand Blvd.
Detroit, MI. 48202
Office: 313 876-0221
Fax: 313 876-0053

**From:** Kaylan Phillips [mailto:kphillips@PublicInterestLegal.org]
**Sent:** Monday, November 04, 2019 5:25 PM
**To:** Janice Winfrey; George Azzouz; Gina Avery-Walker
**Cc:** Noel Johnson
**Subject:** RE: Follow-up regarding Detroit's voter roll list maintenance

Ms. Winfrey, Mr. Azzouz, and Ms. Avery-Walker,

This is in regards to the letter we sent on September 13, 2019 and the follow-up email sent on October 10, 2019.  To date, we have not received a response of any kind.

1

In order to avoid further delay, we have made arrangements to visit your office on Friday, November 15, 2019 for a follow-up meeting.  We request a morning start time.

Thank you,

Kaylan Phillips

---

**From:** Noel Johnson
**Sent:** Thursday, October 10, 2019 1:21 PM
**To:** 'winfreyj@detroitmi.gov' <winfreyj@detroitmi.gov>; 'azzouzg@detroitmi.gov' <azzouzg@detroitmi.gov>; 'averyg@detroitmi.gov' <averyg@detroitmi.gov>
**Cc:** Kaylan Phillips <kphillips@PublicInterestLegal.org>
**Subject:** RE: Follow-up regarding Detroit's voter roll list maintenance

Good afternoon, Ms. Winfrey.

I am following up on the email sent by my colleague about a month ago. Can you please provide an update on your progress or intended plans for the voter roll material we submitted. We would be happy to discuss in person or via telephone.

Thank you,

Noel Johnson

---

**From:** Kaylan Phillips <kphillips@PublicInterestLegal.org>
**Sent:** Friday, September 13, 2019 5:42 PM
**To:** 'winfreyj@detroitmi.gov' <winfreyj@detroitmi.gov>; 'azzouzg@detroitmi.gov' <azzouzg@detroitmi.gov>; 'averyg@detroitmi.gov' <averyg@detroitmi.gov>
**Subject:** Follow-up regarding Detroit's voter roll list maintenance

Ms. Winfrey,

Please see the attached letter and spreadsheets.  This is a follow-up to our visit with Mr. Azzouz and Ms. Avery-Walker on July 30, 2019.  Please let me know if you have any questions or concerns.

Thank you,

Kaylan Phillips


Kaylan L. Phillips
Litigation Counsel
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, IN  46204
(317) 203-5599
kphillips@publicinterestlegal.org
www.publicinterestlegal.org

The above communication is confidential and may be protected by the attorney-client privilege and/or

the work product doctrine. If you believe you received this email by mistake, please do not read it, notify the sender by return email as soon as possible, and erase or delete the message.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.