# Exhibit I

# PUBLIC INTEREST
## —— LEGAL FOUNDATION ——

*VIA EMAIL (winfreyj@detroitmi.gov)*

Ms. Janice M. Winfrey
Detroit City Clerk
Chairwoman, Detroit Election Commission
2 Woodward Ave., Ste. 200
Detroit, MI 48226

November 22, 2019

**Re: Immediate Action Needed**

Dear Ms. Winfrey:

I am following up on our visit to your office on November 15, 2019. It has now been almost six months since we first notified you and the Michigan Secretary of State that your office is not in compliance with the list maintenance requirements of Section 8 of the National Voter Registration Act of 1993 ("NVRA") and certain Michigan laws. On July 30, 2019, our representatives met with Mr. George Azzouz and Ms. Gina Avery-Walker to discuss your office's voter roll list maintenance procedures and the problems we identified. On September 13, 2019, we sent you a letter and two spreadsheets with detailed information concerning voter registrations that merited investigation by your office.

You did not respond to our September 13, 2019 letter nor our follow-up email on October 10, 2019. On November 4, 2019, we informed you via email of our intention to visit your office on November 15, 2019. On November 5, we received a response from Ms. Avery-Walker stating that she would check with her colleagues on schedules and get back to us by the end of the week. After the time period Ms. Avery-Walker provided for a response lapsed with no further communication, we emailed your office again stating our intention to visit on November 15 in order to discuss the information we provided your office. We did not receive a response.

We visited your office on November 15 and met with Mr. Azzouz. It was at that time we were told that you and Ms. Avery-Walker were not in the office. During our meeting with Mr. Azzouz, we learned that your office had merely sent one spreadsheet to the Secretary of State and had not taken any action regarding the spreadsheet containing likely deceased registrants. We asked whether any action will be taken and, if so, when. Mr. Azzouz indicated that he would need to speak to you about the matter. One week later, we have heard nothing further.

**Unless we have an agreement with an appropriate remedial plan by Friday, November 29, 2019, we will have no choice but to take legal action in federal court.**

Thank you in advance for your attention to this important matter.

Sincerely,

Kaylan L. Phillips
kphillips@publicinterestlegal.org
317-203-5599

CC:
George Azzouz (via email: azzouzg@detroitmi.gov)
Gina Avery-Walker (via email: averyg@detroitmi.gov)