UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PUBLIC INTEREST LEGAL FOUNDATION,

       Plaintiff,

v.

JANICE M. WINFREY, in her official capacity as Detroit City Clerk, and GEORGE AZZOUZ, in his official capacity as Director of Elections for the City of Detroit,

       Defendants,

Case No. 19-13638
Hon. David M. Lawson
Mag. Judge Michael J. Hluchaniuk

## NOTICE OF APPEARANCE OF ROBERT A. ATKINS

To: The Clerk of the Court:

      Please enter the appearance of Robert A. Atkins of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel on behalf of Proposed Intervenor-Defendants LEAGUE OF WOMEN VOTERS OF MICHIGAN and LEAGUE OF WOMEN VOTERS OF DETROIT in the above-captioned matter.

Dated: February 10, 2020

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Robert A. Atkins
Robert A. Atkins (N.Y. Bar No. 2210771)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212.373.3183
Facsimile: 212.492.0183
ratkins@paulweiss.com
*Counsel for Proposed Intervenor-Defendants*

# CERTIFICATE OF SERVICE

I, Robert A. Atkins, certify that on February 10, 2020, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE of Robert A. Atkins to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Robert A. Atkins
Robert A. Atkins (N.Y. Bar No. 2210771)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212.373.3183
Facsimile: 212.492.0183
ratkins@paulweiss.com

*Counsel for Proposed Intervenor-Defendants*