United States District Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| The PUBLIC INTEREST LEGAL FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>JANICE M. WINFREY, in her official capacity as Detroit City Clerk, and GEORGE AZZOUZ, in his official capacity as Director of Elections for the City of Detroit,<br><br>*Defendants*. | No. 2:19-13638<br>Hon. David M. Lawson<br>Mag. Judge Michael J. Hluchaniuk |

## STIPULATION EXTENDING DEADLINES

Pursuant to Section XIII of this Court's Case Management and Scheduling Order, the parties to this action, by and through their respective counsel, stipulate to an extension to discovery deadlines in this matter for good cause.

Under Federal Rule of Civil Procedure 16(b), "[a] schedule may be modified only for good cause and with the judge's consent." When evaluating whether "good cause" exists, the Court looks to "the moving party's diligence in attempting to meet the case management order's requirements." *Rose v. Saginaw Cty.*, 353 F. Supp. 2d 900, 927 (E.D. Mich. 2005) (*quoting Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002)).

1

The parties seek to extend certain discovery deadlines by six weeks to account for the disruptions caused by the ongoing public health crisis. Recently, the Governor of Michigan declared a state of emergency and a state of disaster, effectively through May 28, 2020. Executive Order 2020-68, *available at* https://www.michigan.gov/whitmer/0,9309,7-387-90499_90705-527716--,00.html. The ongoing pandemic and its restrictions on non-essential travel affect the parties' ability to safely conduct discovery. The parties believe that there is good cause for the following extensions:

Expert disclosure, plaintiff: August 11, 2020

Expert disclosure, defendant: September 11, 2020

Pretrial disclosures (Rule 26(a)(3)): to be set by Court based on trial schedule

Discovery cut-off: October 12, 2020

Interim status conference: to be set by Court based on Court's schedule

Motions challenging experts filed by: October 30, 2020

Dispositive motions filed by: October 30, 2020

Motions *in limine* filed by: to be set by Court based on trial schedule

Final pretrial order due: to be set by Court based on trial schedule

Final pretrial conference: to be set by Court based on trial schedule

Trial date: to be set by Court based on Court's schedule

*So stipulated, and agreed as to form and substance, on May 5, 2020:*

Robert L. Avers (P75396)
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
734-623-1672
ravers@dickinsonwright.com

　/s/　Kaylan L. Phillips
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

/s/ Eric B. Gaabo *(with permission)*
Eric B. Gaabo (P39213)
gaabe@detroitmi.gov
Attorney for Defendants
City of Detroit Law Department
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3052

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I filed the foregoing electronically with the U.S. District Court for the Eastern District of Michigan in this matter, which will forward this document to all counsel of record through its e-filing system.

   /s/ Kaylan Phillips
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
kphillips@publicinterestlegal.org