UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PUBLIC INTEREST LEGAL
FOUNDATION,

       Plaintiff,                                  Case Number 19-13638
v.                                                Honorable David M. Lawson

JANICE M. WINFREY and GEORGE
AZZOUZ,

       Defendants,
and

LEAGUE OF WOMEN VOTERS OF
DETROIT and LEAGUE OF WOMEN
VOTERS OF MICHIGAN,

       Intervenor-defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE

On June 29, 2020, the plaintiff filed a motion to voluntarily dismiss the case under Federal Rule of Civil Procedure 41(a)(2).  The Court subsequently held a status conference with counsel for the parties, and during that conference the defendant and intervenors indicated that they consent to the dismissal but believe that the case should be dismissed with prejudice.  The Court advised the parties that it would set a schedule for them to brief the issue of whether the dismissal should be granted with or without prejudice.

Accordingly, it is **ORDERED** that, if the defendant and intervenors intend to oppose the plaintiff's motion for voluntary dismissal, then they must file their oppositions addressing the nature of the dismissal **on or before July 13, 2020**, and the plaintiff may file a single reply in support of the motion **on or before July 20, 2020**.

                                                                    s/David M. Lawson
                                                                    DAVID M. LAWSON

United States District Judge

Dated: June 29, 2020