United States District Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| The PUBLIC INTEREST LEGAL FOUNDATION<br><br>*Plaintiff,*<br><br>v.<br><br>JANICE M. WINFREY, in her official capacity as Detroit City Clerk, and GEORGE AZZOUZ, in his official capacity as Director of Elections for the City of Detroit,<br><br>*Defendants*,<br><br>AND<br><br>LEAGUE OF WOMEN VOTERS OF MICHIGAN, and LEAGUE OF WOMEN VOTERS OF DETROIT,<br><br>*Intervenor-Defendants.* | No. 2:19-13638<br>Hon. David M. Lawson<br>Mag. Judge Michael J. Hluchaniuk |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), the Plaintiff voluntarily dismisses this action. The parties to this action, by and through their respective counsel, stipulate to the dismissal of this action with prejudice. Each party shall bear its own fees and costs.

1

*So stipulated, and agreed as to form and substance, on June 30, 2020:*

| | |
|---|---|
| Robert L. Avers (P75396)<br>DICKINSON WRIGHT PLLC<br>350 S. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>734-623-1672<br>ravers@dickinsonwright.com<br><br>  /s/   Kaylan Phillips<br>Kaylan L. Phillips<br>PUBLIC INTEREST LEGAL FOUNDATION<br>32 E. Washington Street, Suite 1675<br>Indianapolis, IN 46204<br>Tel: (317) 203-5599<br>Fax: (888) 815-5641<br>kphillips@publicinterestlegal.org<br>*Attorneys for Plaintiff* | /s/   Eric B. Gaabo (*with permission*)<br>Eric B. Gaabo (P39213)<br>gaabe@detroitmi.gov<br>City of Detroit Law Department<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-3052<br>*Attorney for Defendants*<br><br>/s/ Eliza Sweren-Becker (*with permission*)<br>BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW<br>Myrna Pérez (N.Y. Bar No. 4874095)<br>Eliza Sweren-Becker (N.Y. Bar No. 5424403)<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>Telephone: 646.292.8310<br>Facsimile: 212.463.7308<br>myrna.perez@nyu.edu<br>eliza.sweren-becker@nyu.edu<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Robert A. Atkins (N.Y. Bar No. 2210771)<br>William B. Michael (N.Y. Bar No. 4296356)<br>Joshua D. Kaye (N.Y. Bar No. 4577219)<br>Sabrina A. Baum (N.Y. Bar No. 5496237)<br>Zack G. Goldberg (N.Y. Bar No. 5579644)<br>Adrienne Y. Lee (N.Y. Bar. No. 5643283)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:  212.373.3000<br>Facsimile:  212.757.3990<br>ratkins@paulweiss.com |

wmichael@paulweiss.com
jkaye@paulweiss.com
sbaum@paulweiss.com
zgoldberg@paulweiss.com
alee@paulweiss.com

BUTZEL LONG
David F. DuMouchel (P25658)
George B. Donnini (P66793)
41000 Woodward Avenue
Stoneridge West
Bloomfield Hills, MI 48304
Telephone: 313.225.7004
dumouchd@butzel.com
donnini@butzel.com
*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I filed the foregoing electronically with the U.S. District Court for the Eastern District of Michigan in this matter, which will forward this document to all counsel of record through its e-filing system.

   /s/ Kaylan Phillips
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
kphillips@publicinterestlegal.org